IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01875-REB-MEH

MALIBU MEDIA, LLC,

        Plaintiff,

v.

JARED NELSON,

        Defendant.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 20, 2012.**

        Defendant Jared Nelson's Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim [filed November 15, 2012; docket #19] is **stricken** for failure to comply with Section IV.B.1. of Judge Blackburn's Practice Standards.

        Additionally, although Defendant represents that he is proceeding in this litigation *pro se*, his motion contains a Certificate of Compliance with D.C. Colo. LCivR 7.1 representing that "counsel for Mr. Schinsky has conferred with Plaintiff's counsel in compliance with the aforementioned rule." Docket #19 at 25. Further, it appears the motion has been written by someone with formal legal training.

        To the extent that the motion has been prepared by an attorney for a *pro se* litigant, the Tenth Circuit has concluded that such "ghost writing" is improper. *Patton v. West*, 276 F. App'x 756, 757 n. 1 (10th Cir. 2008) ("We note that an attorney who 'ghost writes' a brief for a pro se litigant may be subject to discipline both for a violation of the rules of professional conduct and for contempt of court.") (citing *Johnson v. Bd. of Cnty. Comm'rs*, 868 F. Supp. 1226, 1231-32 (D. Colo. 1994), *rev'd in part on other grounds*, 85 F.3d 489 (10th Cir. 1996) ("[ ]ghost-writing has been condemned as a deliberate evasion of the responsibilities imposed on counsel by Rule 11." ).

        In light of Defendant's inconsistent representations, Defendant is hereby ordered to file a supplement on or before **November 26, 2012**, indicating whether he has received the assistance of an attorney in this litigation. If no such attorney has been retained, Defendant shall explain his statements to the contrary.