# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-01875-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JARED NELSON,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF JARED NELSON

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses Jared Nelson ("Defendant") from this action <u>without prejudice</u>. Jared Nelson was assigned the IP Address 63.227.127.253. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant Jared Nelson has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: August 22, 2013            Respectfully submitted,

                                                 By:   /s/ *Jason A. Kotzker*
                                               Jason A. Kotzker
                                             Jason@klgip.com
                                             KOTZKER LAW GROUP
                                             9609 S. University Blvd. #632134
                                             Highlands Ranch, CO  80163
                                             Phone:  303-875-5386

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 22, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

    I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document via U.S. Mail to the persons set forth in the Service List below.

By: /s/ *Jason A. Kotzker*
Jason A. Kotzker

**Service List**

Jared Nelson
8781 W. Cornell Avenue #2
Lakewood, CO 80227

2